IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–43–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL ALAN VERBANEC, | |
| Defendant. | |

Defendant Daniel Alan Verbanec having moved unopposed to amend the recommendation for BOP placement in his June 25, 2026 Judgment,

IT IS ORDERED that the motion (Doc. 39) is GRANTED. It is recommended that the defendant be incarcerated at FPC Yankton, South Dakota due to its proximity to his family in Montana. The Clerk shall provide a copy of this Order to the BOP.

DATED this 29th day of June, 2026.

Dana L. Christensen, District Judge
United States District Court